UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DIRK D. WAYNE, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-01583-GMN-NJK |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| EDWIN CARTER, | ) | |
| | ) | (Docket No. 1) |
| Defendant(s). | ) | |
| | ) | |

This matter is before the court on Plaintiff Dirk Wayne's Application to Proceed *In Forma Pauperis*. Docket No. 1. Plaintiff has requested authority, pursuant to 28 U.S.C. § 1915, to proceed *in forma pauperis*. This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis*. Plaintiff has not responded fully to question 3 – namely, he fails to disclose each source of money, the amount he has received in the past 12 months, and what he expects to receive in the future. Additionally, Plaintiff has not responded fully to question 8 – namely, he fails to state to whom the debts or financial obligations are payable and the amount owed. As a result, the Court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and his Application will be denied without prejudice. The Clerk of the Court shall retain the Complaint.

. . .

. . .

. . .

. . .

. . .

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Docket No. 1) is **DENIED WITHOUT PREJUDICE**. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **September 21, 2015,** in which to submit the completed application or pay the $400.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain Plaintiff's Complaint.

DATED: August 19, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge