UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Dirk D. Wayne, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:15-cv-1583-GMN-NJK |
| vs. ) | |
| ) | **ORDER** |
| Edwin Carter, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy Koppe, (ECF No. 3), which states that this action should be dismissed without prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).

No objections to Judge Koppe's R&R were filed, and the deadline to object has now expired.  Accordingly, the Court finds good cause to accept and adopt the findings of Judge Koppe.

///

///

///

///

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 3), is **ADOPTED in its entirety.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED without prejudice**. The Clerk shall enter judgment accordingly and close the case.

**DATED** this  12   day of April, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court